IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON, | No. C 12-3662 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| ATASCADERO STATE HOSPITAL, | |
| Defendant. | |

    This pro se civil rights action was filed on July 12, 2012. On that same day, plaintiff was notified he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

    No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

    **IT IS SO ORDERED.**

Dated: October   9  , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\OVERTON3662.DFP.wpd